In the Matter of INJAH TAFARI, Appellant, v DAVID A. ROCK, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted October 3, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

22 CPS OWNER LLC, Respondent, v JASON D. CARTER, Formerly Known as J. DOUGLAS COHEN, et al., Appellants, et al., Defendants.

Submitted August 22, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

YING JING YAN, Respondent, v KE-EN WANG, Appellant.

Decided November 22, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.